# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA TALLAHASSEE DIVISION

**CECILE M. COLE,**

    **Plaintiff,**

**v.**　　　　　　　　　　　　　　　　　　　　　　Case No. 4:20-cv-557-AW-MAF

**DHO OFFICER ORR and F.B.O.P.,**

    **Defendants.**

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

I have reviewed the magistrate judge's March 5, 2021 Report and Recommendation, ECF No. 11, to which no objections were filed.[1] I agree that the complaint is an impermissible shotgun complaint. And because Plaintiff has not filed an amended complaint as directed, it appears she has abandoned her case.

The Report and Recommendation (ECF No. 11) is now adopted and incorporated into this order. The clerk will enter a judgment that says, "This case is dismissed without prejudice for failure to prosecute and failure to comply with a court order." The clerk will then close the file.

---

[1] The Report and Recommendation was returned as undelivered, apparently because Plaintiff did not keep the court apprised of her address change. ECF No. 12. The clerk mailed a copy to the new address, and in the meantime, I deferred action on the Report and Recommendation to ensure Plaintiff had time to object if she chose to. Later, Plaintiff acknowledged receipt, ECF No. 14, and the court granted an extension until May 21 to file objections, ECF No. 15. She has filed none.

1

SO ORDERED on June 19, 2021.

                                              s/ *Allen Winsor*
                                              United States District Judge